No. 23-10656-B

# In the United States Court of Appeals for the Eleventh Circuit

---

MOMS FOR LIBERTY – BREVARD COUNTY, FL, et al.,

*Plaintiffs-Appellants*,

v.

BREVARD PUBLIC SCHOOLS, et al.,

*Defendants-Appellees*.

---

Appeal from a Judgment of the United States District Court for the Middle District of Florida, The Hon. Roy B. Dalton, Jr. (Dist. Ct. No. 6:21-cv-01849-RBD-DAB)

---

APPELLANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

---

David Osborne
GOLDSTEIN LAW PARTNERS, LLC
4651 Salisbury Rd., Suite 400
Jacksonville, FL  32256
610-949-0444
dosborne@goldsteinlp.com

Alan Gura
Ryan Morrison
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., N.W.
Suite 801
Washington, DC 20036
202.301.3300
agura@ifs.org
rmorrison@ifs.org

March 10, 2023

*Counsel for Appellants*

*Moms for Liberty – Brevard County, Fl. v. Brevard Public Schools*
Case No. 23-10656-B

CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT

Plaintiffs-Appellants certify that the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1:

1. Astor, Martha – Counsel for Appellants

2. Baker, Hon. David A. – United States Magistrate Judge

3. Brevard County Public Schools Office of Legal Services – Counsel for Appellees

4. Brevard Public Schools – Appellee

5. Bridges, Gennifer – Counsel for Appellees

6. Burr & Forman LLP – Law firm representing Appellees

7. Campbell, Katye – Appellee

8. Cholewa, Joseph – Appellant

9. Dalton, Jr., Hon. Roy B. – United States District Judge

10. Delaney, Katie – Appellant

11. Gibbs, Paul – General Counsel for Brevard County School Board

12. Goldstein Law Partners, LLC – Law firm representing Appellants

13. Gura, Alan – Counsel for Appellants

14. Haggard-Belford, Misty – Appellee

15. Hall, Ashley – Appellant

16. Institute for Free Speech – Organization representing Appellants

17. Jenkins, Jennifer – Appellee

18. Kelly, Hon. Gregory J. – United States Magistrate Judge

19. Kneessy, Amy – Appellant

20. Londono, Valerie – Assistant General Counsel for Brevard County School Board

21. Marks, Howard – Counsel for Appellee

22. McDougall, Cheryl – Appellee

23. Moms for Liberty – Brevard County, FL – Appellant

24. Moms for Liberty, Inc. – National affiliate of Appellant

25. Morrison, Ryan – Counsel for Appellants

26. Brett R. Nolan – Counsel for Appellants

27. Osborne, David – Counsel for Appellants

28. Susin, Matt – Appellee

29. Thakrar, Sheena – Counsel for Appellees

30. Trent, Gene – Appellee

31. Wright, Megan – Appellee

*Moms for Liberty – Brevard County, Fl. v. Brevard Public Schools*
Case No. 23-10656-B

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

/s/ Alan Gura
Alan Gura
Counsel for Appellants

### CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the foregoing with the clerk of court using the CM/ECF system, which automatically sends notice of the electronic filing and complete service to all counsel, including:

Gennifer L. Bridges (gbridges@burr.com)
Howard S. Marks (hmarks@burr.com)
Sheena A. Thakrar (sthakrar@burr.com)
Burr & Forman LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801

/s/ Alan Gura
Alan Gura
Counsel for Appellants