AMENDED

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. **23-10656**

**Moms for Liberty -- Brevard County, Fla., et al.** vs. **Brevard Public Schools, et al.**

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| | In-House | Comm* | | | | | |
| Appellate Docketing Fee | — | — | — | — | — | $500.00 | $500.00 |
| Appellant's Brief | | X | 78 | 1 | 8 | $156.00 | $156.00 |
| Appendix | | X | 462 | 1 | 5 | $546.79 | $577.50 * |
| Appellee's Brief | | | | | | | |
| Reply Brief | | X | 44 | 1 | 8 | $88.00 | $88.00 |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $ 1290.79 REQUESTED | $ $1,321.50 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: *[signed]*
Date Signed: Oct. 20, 2024
Attorney Name: Alan Gura (Type or print your name)
Attorney for: Appellants Moms for Liberty, et al. (Type or print name of client)
E-mail: agura@ifs.org
Phone: 202.967.0007
Street Address/City/State/Zip: 1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ **$1,131.50** against **Appellees**
and are payable directly to **Appellants**

David J. Smith, Clerk of Court

Issued on: _____ By: /S/ Tresa A. Raines, Deputy Clerk DATE: 10/21/2024

*Total number of pages 462 x 5 = 2,310 x .25 = $577.50

BOC Rev.: 6/17

| | |
|---|---|
| **From:** | no-reply.ecommerce@fedex.com |
| **Subject:** | FedEx Office® Print On Demand—Order Confirmation (Order 2010040769886172) |
| **Date:** | April 10, 2023 at 11:03 AM |
| **To:** | Alan Gura  alangura@me.com |



## This is an automated response. Please do not reply to this email. ##

Dear Alan Gura,

Thank you for choosing FedEx Office. This email confirms that we have received your order. Please retain this email for your records.

If you need to cancel this order, please contact us at **1.800.GoFedEx** 1.800.463.3339 as soon as possible. For your reference, your order number is 2010040769886172. Please note that most jobs go into production within 15 minutes of receipt. Orders cancelled after going into production may be subject to a charge.

If you have any other questions concerning your order, please contact the FedEx Office store that will be producing your order at 685 N Washington St Alexandria VA 22314 1913 US

ORDER -- SUMMARY DETAILS

Order Number: 2010040769886172

Order Price

Subtotal: $99.40

Tax: $5.96

Total: $105.36

Payment By: Credit Card

See order details for each recipient below.

ORDER DETAIL – Part 1

Job Number:

FedEx Office Store Producing Order: 685 N Washington St Alexandria VA 22314 1913 US

Phone: 703.739.0783

Email: usa1819@fedex.com

Order Completion Date: Apr 10, 2023 at 4:00 PM

Documents: FINAL_OPENING_BRIEF (5)

Recipient: Gura, Alan

Shipping Address: NA

To be picked up at FedEx Office store (see above)

Price: $99.40
Tax: $5.96

Thank you. We look forward to the opportunity to work with you again.

✉ This email has been sent to: alangura@me.com.

©2023 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law.

Review our privacy policy. All rights reserved.

**From:** no-reply.ecommerce@fedex.com
**Subject:** FedEx Office® Print On Demand—Order Completion (Order 2010472627475605)
**Date:** July 7, 2023 at 11:15 AM
**To:** alangura@me.com



## This is an automated response. Please do not reply to this email. ##

Dear Alan Gura,

Thank you for choosing FedEx Office. This email confirms your order has been completed and is ready for you to pick up at the FedEx Office at 685 N Washington St Alexandria VA 22314 1913 US

If you have any questions concerning your order, please call the FedEx Office store that produced the order and ask for the Project Coordinator. For your reference, your order number is 2010472627475605.

If you have questions about this order (or other comments or concerns regarding FedEx Office), please contact a team member at **1.800.GoFedEx** 1.800.463.3339.

All jobs produced by customers will be retained for 30 days after the order ready by date on the receipt, at which time you will be charged for the completed job if you have not picked up the order. FedEx Office is not responsible for retaining any work not picked up by customer after such 30 day period and is entitled to collect and retain payment for all work performed on the customer's behalf.

ORDER -- SUMMARY DETAILS

Order Number: 2010472627475605

Order Price

Subtotal: $76.40

Tax: $4.58

Total: $80.98

Payment By: Credit Card

See order details for each recipient below.

ORDER DETAIL – Part 1

Job Number: 2010472627475605

FedEx Office Store Producing Order: 685 N Washington St Alexandria VA 22314 1913 US

Phone: 703.739.0783

Email: usa1819@fedex.com

Order Completion Date: Jul 7, 2023 at 2:00 PM

Documents: Copies & Custom Documents (5)

Recipient: Gura, Alan

To be picked up at FedEx Office store (see above)

Price: $76.40
Tax: $4.58

Thank you. We look forward to the opportunity to work with you again.

✉ This email has been sent to: alangura@me.com.

©2023 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law.

Review our privacy policy. All rights reserved.

| | |
|---|---|
| **From:** | no-reply.ecommerce@fedex.com |
| **Subject:** | FedEx Office® Print On Demand—Order Completion (Order 2010637067997191) |
| **Date:** | September 22, 2023 at 3:49 PM |
| **To:** | alangura@me.com |



## This is an automated response. Please do not reply to this email. ##

Dear Alan Gura,

Thank you for choosing FedEx Office. This email confirms your order has been completed and is ready for you to pick up at the FedEx Office at 685 N Washington St Alexandria VA 22314 1913 US

If you have any questions concerning your order, please call the FedEx Office store that produced the order and ask for the Project Coordinator. For your reference, your order number is 2010637067997191.

If you have questions about this order (or other comments or concerns regarding FedEx Office), please contact a team member at **1.800.GoFedEx** 1.800.463.3339.

All jobs produced by customers will be retained for 30 days after the order ready by date on the receipt, at which time you will be charged for the completed job if you have not picked up the order. FedEx Office is not responsible for retaining any work not picked up by customer after such 30 day period and is entitled to collect and retain payment for all work performed on the customer's behalf.

ORDER -- SUMMARY DETAILS

Order Number: 2010637067997191

Order Price

Subtotal: $114.84

Tax: $6.89

Total: $121.73

Payment By: Credit Card

See order details for each recipient below.

ORDER DETAIL – Part 1

Job Number: 2010637067997191

FedEx Office Store Producing Order: 685 N Washington St Alexandria VA 22314 1913 US

Phone: 703.739.0783

Email: usa1819@fedex.com

Order Completion Date: Sep 22, 2023 at 4:00 PM

Documents: Copies & Custom Documents (3) Copies & Custom Documents (3)

Recipient: Gura, Alan

To be picked up at FedEx Office store (see above)

Price: $114.84
Tax: $6.89

Thank you. We look forward to the opportunity to work with you again.

✉ This email has been sent to: alangura@me.com.

©2023 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law.

Review our privacy policy. All rights reserved.

# Middletown PRINTHOUSE

**502.244.8711**  MIDTOWNCOPIES@GMAIL.COM

Date: 4/15/23
Name: Ryan Morrison
Phone: ___

| ITEM | AMOUNT |
|---|---|
| 2 sets of books 20# + cover front & back coil bound tabs | |
| Sub-total | 170.00 |
| Tax | 10.20 |
| Total | 180.20 |

☐ Cash ☐ Check ☐ Credit Card

Thank You

11714 OLD SHELBYVILLE RD. • MIDDLETOWN, KY 40243



# FedEx Office

FedEx Office is your destination
for printing and shipping.

1235 S Hurstbourne Pkwy
Louisville, KY 40222
Tel: (502) 429-8421

9/23/2023         10:20:43 AM EST
Team Member: Andrew M.
Customer: Ryan Morrison
Account #: XXXXXX9300-0001
Account: INSTITUTE FOR FREE SPEECH

SALE

| Cor Appx Vol 1 | Qty 3 | 153.43 |
|---|---|---|
| BW 1S Copy/Print | 627 @ | 0.2100 T |
| 000001 Reg. Price | 0.24 | |
| Comb No Cover | 3 @ | 3.1867 T |
| 000456 Reg. Price | 3.54 | |
| BW on Tab Paper | 30 @ | 0.3510 T |
| 000072 Reg. Price | 0.39 | |
| BW 1S Cardstock | 6 @ | 0.2783 T |
| 000006 Reg. Price | 0.31 | |
| Price per piece | 51.14 | |
| Regular Total | 174.66 | |
| Discounts | 21.23 | |

| Cor Appx Vol 2 | Qty 3 | 170.67 |
|---|---|---|
| BW 1S Copy/Print | 684 @ | 0.2100 T |
| 000001 Reg. Price | 0.24 | |
| Comb No Cover | 3 @ | 3.1867 T |
| 000456 Reg. Price | 3.54 | |
| BW on Tab Paper | 45 @ | 0.3511 T |
| 000072 Reg. Price | 0.39 | |
| BW 1S Cardstock | 6 @ | 0.2783 T |
| 000006 Reg. Price | 0.31 | |
| Price per piece | 56.89 | |
| Regular Total | 194.19 | |
| Discounts | 23.52 | |

| Tab Creations | Qty 1 | 21.74 |
|---|---|---|
| Tab Design | 21 @ | 1.0352 T |
| 001371 Reg. Price | 1.15 | |
| Price per piece | 21.74 | |
| Regular Total | 24.15 | |
| Discounts | 2.41 | |

Sub-Total                           345.84
Tax                                  20.75
Deposit                               0.00

Total                               366.59

************** PURCHASE **************
             APPROVED
Total:                            $366.59
Card Type:       VISA
Card Entry:      CHIP
Acct #:          ************0725
Approval Code: 06206G
************ EMV PURCHASE ************
App Label:                   VISA CREDIT
Mode:                             Issuer
AID: A0000000031010
TVR: 0000008000
IAD: 06010A03A0A002
TSI: E800
ARC:
AC:  273AA1EDC0D2D7B3
CVM: 5E0000

Total Tender                        366.59
Change Due                            0.00


Total Discounts   47.16



*1611007 0446*