# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10656

_____

MOMS FOR LIBERTY - BREVARD COUNTY, FL,
AMY KNEESSY,
ASHLEY HALL,
KATIE DELANEY,
JOSEPH CHOLEWA,

                                          Plaintiffs-Appellants,

*versus*

BREVARD PUBLIC SCHOOLS,
MISTY HAGGARD-BELFORD,
Chair, Brevard County School Board
in her individual capacity,
MATT SUSIN,
Vice Chair, Brevard County School Board
in his official and individual capacities,
CHERYL MCDOUGALL,
Member, Brevard County School Board

in her official and individualcapacities,
KATYE CAMPBELL,
Member, Brevard County School Board
in her official and individual capacities,et al.,

                                        Defendants-Appellees,

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:21-cv-01849-RBD-DAB

_____

ORDER:

"Miami-Dade County Public Schools' Motion for Leave to Appear as Amicus Curiae in Support of Appellee, Brevard Public Schools' Petition for Rehearing En Banc" is DENIED.

                                        DAVID J. SMITH
                            Clerk of the United States Court of
                              Appeals for the Eleventh Circuit

             ENTERED FOR THE COURT - BY DIRECTION